Claudio E. Iannitelli, *Pro Hac Vice*
Daniel P. Iannitelli, SBN 203388
CHEIFETZ IANNITELLI MARCOLINI, P.C.
111 West Monroe Street, 17th Floor
Phoenix, AZ 95003
Tel: 602.952.6000
Fax: 602.952.7020
cei@cimlaw.com
diannitelli@dpilaw.com

Attorneys for Defendants CALIFORNIA DELTA MECHANICAL, INC. and TODOR KITCHUKOV

**GRANTED**
Judge Nathanael M. Cousins

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN ARNAUDOV, et al., | Case No. CV-13-2306 NC |
| Plaintiffs, | **ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT FOR THREE PARTY JOINT STATEMENT REGARDING DISCOVERY DISPUTES** |
| vs. | |
| CALIFORNIA DELTA MECHANICAL, INC, a corporation; et al.; | |
| Defendants. | |

Pursuant to this Court's Standing Order dated October 2, 2013 (the "Order"), the parties intend to submit a joint statement to attempt to resolve certain discovery disputes pertaining to both: (i) a Request for Production issued by Plaintiff to Defendants and Defendants' objections thereto; and (ii) Subpoenas issued by Plaintiffs to third parties Costco and Home Depot and the filed objections thereto.

Counsel for Plaintiff and Defendants, along with Counsel for Home Depot, prefer to present a joint statement addressing their respective positions (as to the objections to the Request for the Production of Documents and as to the Subpoena). By this Motion, Defendants seek leave to exceed the Order's 5 page limit not to exceed 7 pages. Counsel for Plaintiffs support this request.

DATE: J<small>UNE</small> 25, 2014          C<small>HEIFETZ</small> I<small>ANNITELLI</small> M<small>ARCOLINI</small>, P.C.


B<small>Y</small>:   /s/C<small>LAUDIO</small> E. I<small>ANNITELLI</small>
         C<small>LAUDIO</small> E. I<small>ANNITELLI</small>
         D<small>ANIEL</small> P. I<small>ANNITELLI</small>
         A<small>TTORNEYS FOR</small> D<small>EFENDANTS</small>

N:\CLIENTS\Delta Mechanical\Arnaudov (wage claims) 1277-27\Pleadings\Motion for Extension of Page Limit On Jnt Statement Re Discovery 062514.doc