# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ARNAUDOV, and others,<br><br>        Plaintiffs,<br><br>    v.<br><br>CALIFORNIA DELTA MECHANICAL, INC., and others,<br><br>        Defendants. | Case No. 13-cv-02306 NC<br><br>**ORDER ACKNOWLEDGING NOTICE OF SETTLEMENT AND GRANTING IN PART JOINT REQUEST TO VACATE DEADLINES**<br><br>Re: Dkt. No. 128 |

    The Court acknowledges the joint notice of settlement filed by the parties today. Dkt. No. 128. For good cause shown, the pretrial conference is vacated and all trial deadlines (jury instructions, motions in limine, trial binders and so forth) are stayed while the parties prepare to present their settlement to the Court.

    The joint request to permit all considerations of the settlement of the FLSA claims to be made under seal and not in open court is denied without prejudice. There is a presumption of public access to judicial records and documents. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978); *see Luo v. Zynga*, Case No. 13-cv-00186 NC, Dkt. No. 31 (N.D. Cal. Oct. 29, 2013) (order unsealing settlement agreement in approval of FLSA settlement). The Court will set the settlement hearing upon receiving the motion for approval of settlement.

    IT IS SO ORDERED.

Date: January 16, 2015

                                    _____<br>
                                    Nathanael M. Cousins<br>
                                    United States Magistrate Judge

Case No. 12-cv-02306 NC<br>
ORDER RE: SETTLEMENT