**WOODALL LAW OFFICES**
100 PINE STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 439-4803
FACSIMILE: (866) 937-4109
KEVIN@KWOODALLLAW.COM

KEVIN F. WOODALL, BAR NO. 180650

**DOUGLAS LAW OFFICES**
100 PINE STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 635-3640
FACSIMILE: (415) 635-3641
JDOUGLAS@DOUGLASLEGAL.COM

JOHN H. DOUGLAS, BAR NO. 178966

ATTORNEYS FOR PLAINTIFFS

Claudio E. Iannitelli, *Pro Hoc Vice*
Daniel P. Iannitelli, SBN 203388
CHEIFETZ  IANNITELLI  MARCOLINI, P.C.
111 West Monroe Street, 17th Floor
Phoenix, AZ  95003
Tel: 602.952.600
Fax: 602.952.7020
cei@cimlaw.com
diannitelli@dpilaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTIN ARNAUDOV, IVAN VELICHKOV, MIHAIL SLAVKOV, VICTOR DRAGNI, SERGHEY DRAGNI, DRAGAN LERINC, NIKOLA VLAOVIC, JAMES MCKENZIE, ERIC OLSON, FRANCISCO MAGANA, AND BOZHIDAR MIRCHEV, INDIVIDUALS,<br><br>PLAINTIFFS,<br><br>V.<br><br>CALIFORNIA DELTA MECHANICAL, INC., A CORPORATION; DELTA MECHANICAL, INC., A CORPORATION; NEVADA DELTA MECHANICAL, INC., A CORPORATION; TODOR KITCHUKOV, AN INDIVIDUAL; AND DOES 1 THROUGH 8, INCLUSIVE,<br><br>DEFENDANTS. | CASE NO.  CV 13-2306 NC<br><br>**STIPULATION TO APPOINT ARBITRATOR TO DETERMINE PLAINTIFFS' ATTORNEY'S FEES AND COSTS PURSUANT TO SETTLEMENT AGREEMENT; [PROPOSED] ORDER THEREON** AS MODIFIED |

STIPULATION TO APPOINT ARBITRATOR; [PROPOSED] ORDER

1      WHEREAS, the parties entered into a settlement agreement that provides an

2 arbitrator will determine Plaintiff's reasonable attorney's fees and costs;

3      WHEREAS, on May 1, 2015, the Court informed the parties that it could not issue

4 a ruling relating to the Renewed Joint Motion For Approval Of Settlements of FLSA and

5 PAGA Claims prior to a determination of Plaintiffs' attorney's fees and costs to be paid

6 under the settlement agreement;

7      IT IS HEREBY STIPULATED that pursuant to the parties' settlement agreement,

8 the parties shall:

9      (1) no later than Friday, May 8, 2015, select an arbitrator to address the

10 outstanding issue of the amount of attorney's fees and costs to be paid under the

11 settlement agreement by Defendants, all in accordance with the selection method set forth

12 in the settlement agreement;

13      (2) immediately retain the selected arbitrator after the decision, whose services

14 shall be paid by Defendants;

15      (3) Plaintiffs' shall submit their moving papers within 20 days of the arbitrator's

16 appointment;

17      (4) the opposition and reply papers shall be submitted in accordance with the

18 Federal Rules of Procedure or as directed by the arbitrator; and

19      (5) the parties shall submit to the Court the arbitrator's determination regarding the

20 amount of attorney's fees and costs within 10 days of the parties' receipt of same, along

21 with the amended settlement agreements and other papers deemed necessary for the

22 parties' request for approval of same.

23

24 DATE:   MAY 4 , 2015                    WOODALL LAW OFFICES
                                         DOUGLAS LAW OFFICES

25

26                                       BY:   /S/ KEVIN WOODALL

27                                                 KEVIN F. WOODALL
                                         ATTORNEYS FOR PLAINTIFFS

28

2

STIPULATION TO APPOINT ARBITRATOR; [PROPOSED] ORDER

DATE:   MAY 4, 2015 _____          CHEIFETZ IANNITELLI MARCOLINI, P.C.


BY:   /S/ CLAUDIO E. IANNITELLI _____
      CLAUDIO E. IANNITELLI
ATTORNEYS FOR DEFENDANTS

## ORDER

For good cause shown, the parties' stipulation is approved.  IT IS HEREBY ORDERED that the parties shall:

(1) no later than Friday, May 8, 2015, select an arbitrator to address the outstanding issue of the amount of attorney's fees and costs to be paid under the settlement agreement by Defendants, all in accordance with the selection method set forth in the settlement agreement;

(2) immediately retain the selected arbitrator after the decision, whose services shall be paid by Defendants;

(3) Plaintiffs' shall submit their moving papers within 20 days of the arbitrator's appointment;

(4) the opposition and reply papers shall be submitted in accordance with the Federal Rules of Procedure or as directed by the arbitrator; and

(5) the parties shall submit to the Court the arbitrator's determination regarding the amount of attorney's fees and costs within 10 days of the parties' receipt of same, along with the amended settlement agreements and other papers deemed necessary for the parties' request for approval of same.

(6) The joint motion for approval of settlements of FLSA and PAGA claims set for May 27, 2015 is VACATED.

Dated:   May 5, 2015 _____

HON. NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Nathanael M. Cousins

3